Leo J. Graham, CSB #071018
General Counsel
NORTH VALLEY BANK
300 Park Marina Circle (96001)
P.O. Box 994630
Redding, California 96099-4630
Tele: (530) 226-2924
Fax: (530) 221-4877

Attorney for North Valley Bank, Creditor

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>RONALD HENRY STICKNEY and<br>DEBRA NORMA STICKNEY,<br><br>Debtors. | CASE NO.: 12-37153 |

**PROOF OF SERVICE**

I, Marilyn Whited, declare:

I am over the age of eighteen years and not a party to the cause. I am employed by North Valley Bank, Office of General Counsel, 300 Park Marina Drive, P.O. Box 994630, Redding, California 96099-4630.

On October 5, 2012, I served the document described as: **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** on the interested parties in this matter by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Ronald Henry Stickney<br>Debra Norma Stickney<br>2036 Princeton Way<br>Redding, California 96003 | Debtors |
| Tony Mallery<br>Attorney at Law<br>P.O. Box 329<br>Susanville, California 96130 | Attorney for Debtor |

Office of the United States Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, California 95814

U. S. Trustee

Michael P. Dacquisto
P.O. Box 992631
Redding, California 96099-2631

Bankruptcy Trustee

Service of the above document was effectuated by the following means of service:

XXX **By First Class Mail** – I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the mail at Redding, California. The envelope(s) was/were mailed with postage thereon fully prepaid.

**By Personal Service** – By personally delivering a true copy thereof in a sealed envelope(s).

**By Overnight Delivery Service** – I caused such envelope(s) to be deposited in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents. The envelope(s) was/were deposited with the express service carrier with deliver fees paid or provided for.

**Facsimile Transmission** – I served the documents in this matter via facsimile transmission. I verified transmission, and thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

XXX **State Court** – I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that service was made under the direction of an active member of the State Bar of California and who is not a party to the cause.

**Federal Court** – I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause.

Executed this 5th day of October, 2012, at Redding, California.

Marilyn Whited
MARILYN WHITED