Stephen J. Kottmeier (State Bar No. 077060)
Michaeline H. Correa (State Bar No. 215215)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

***mailing address:***
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Creditor Pacific Western Bank

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Ronald Henry Stickney, Debra Norma Stickney and related Fictitious Entities<br><br>Debtors. | CASE NO. 12-37153<br><br>CHAPTER NO. 7<br><br>**REQUEST FOR SPECIAL NOTICE** |

Pursuant to Bankruptcy Rule 2002(g), and all orders limiting the scope of notice (hereinafter, "Notice Limitation Orders") issued by the Court in the above-referenced case and any jointly-administrated cases, Creditor Pacific Western Bank ("Creditor"), hereby requests that all matters which must be noticed to creditors, any creditors' committees, any equity security holders' committees, and/or any other parties-in-interest, whether sent by the Court, the debtor, any trustee or any other party in the case, including, but not limited to, motions and notices of motion, applications, plans of reorganization or disclosure statements, the debtor's schedules, operating reports, applications for compromise, applications to abandon properties, applications for approval to sell property of the estate or to pay expenses or claims, copies of monthly operating reports, copies of statements of deposits, returns of sale of real or personal property,

motions for relief from stay and/or matters that are covered by any Notice Limitation Orders, be sent as follows, and that the following addresses be added to the Court's Master Mailing List:

Stephen J. Kottmeier
HOPKINS & CARLEY
70 South First Street
San Jose, California 95113-2406
Telephone: (408) 286-9800
Facsimile: (408) 998-4790
skottmeier@hopkinscarley.com

Michaeline H. Correa
HOPKINS & CARLEY
70 South First Street
San Jose, California 95113-2406
Telephone: (408) 286-9800
Facsimile: (408) 998-4790
mcorrea@hopkinscarley.com

THIS ENTRY OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE is without prejudice to Creditor's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of Creditor's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor hereby expressly reserves.

Dated: October 23, 2012

HOPKINS & CARLEY
A Law Corporation

By: /s/ Michaeline H. Correa
Stephen J. Kottmeier
Michaeline H. Correa
Attorneys for Creditor Pacific Western Bank

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is The Letitia Building, 70 S First Street, San Jose, California 95113-2406. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 23, 2012, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**REQUEST FOR SPECIAL NOTICE**

in a sealed envelope, postage fully paid, addressed as follows:

***Counsel for Debtor***
**Tony Mallery**
PO Box 329
Susanville, CA 96130

***Trustee***
**Michael P. Dacquisto**
PO Box 992631
Redding, CA 96099

***U.S. Trustee***
**Office of the U.S. Trustee**
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 23, 2012 at San Jose, California.

/s/ Brian Ward
Brian Ward