# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

---

| | | | |
|---|---|---|---|
| **Case Title :** | RONALD HENRY STICKNEY and DEBRA NORMA STICKNEY | **Case No :** | **12−37153 − B − 7** |
| | | **Date :** | 1/8/13 |
| | | **Time :** | 09:31 |

**Matter :** [17] − Motion for Relief from Automatic Stay [RSL−1] Filed by Creditor Bank of America, N.A. (Fee Paid $176) (jris)
[17] − Motion/Application for Adequate Protection [RSL−1] Filed by Creditor Bank of America, N.A. (jris)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

---

**APPEARANCES for :**
**Movant(s) :**
(by phone) Creditor's Attorney − Robert Lampl
**Respondent(s) :**

---

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is dismissed as moot. The automatic stay terminated as to the movant's collateral consisting of a 2006 Travel Supreme Select (VIN 4VZAT1C906C052567) (the "Collateral"), at 12:01 a.m. on October 24, 2012, by operation of 11 U.S.C. § 362(h), and the Collateral has from that date no longer been property of the estate.

Dated: January 14, 2013

Thomas C. Holman
United States Bankruptcy Judge